1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | COTTRELL L. BROADNAX,

Case No. 1:25-cv-00276-CDB (PC)

12 |     Plaintiff,

13 |     v.

ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER

14 | GAVIN NEWSOM, *et al.*,

15 |     Defendants.

(Docs. 9, 15)

16

**14-DAY DEADLINE**

17

Clerk of the Court to Attach IFP Application

18
19
20

    Plaintiff Cottrell L. Broadnax ("Plaintiff") is a state prisoner proceeding pro se in this civil

21 | rights action brought under 42 U.S.C. § 1983.

22 |     **Order to Show Cause**

23 |     Plaintiff initiated this action with the filing of a complaint before the United States District

24 | Court, Northern District of California, on February 18, 2025. (Doc. 4). The action was transferred

25 | to this Court on March 4, 2025. (Docs. 5, 7).

26 |     On March 5, 2025, the Court ordered Plaintiff to file an application to proceed *in forma*

27 | *pauperis* ("IFP") or to pay the filing fee to maintain this action within 45 days from service of the

28 | order (*i.e.*, April 20, 2025) and included therein an IFP application form. (Doc. 9).

Following the Court's first screening order (Doc. 10), Plaintiff filed what appears to be various hand-written and documentary exhibits (Docs. 11, 12) and also timely filed a first amended complaint on March 25, 2025 (Doc. 13). However, Plaintiff did not return an IFP application as previously ordered.

On April 3, 2025, the Court issued its second screening order. (Doc. 15). The Court found Plaintiff's first amended complaint fails to state any cognizable claims against the named Defendants and otherwise fails to comply with Federal Rule of Civil Procedure 8(a). (*Id.* at 8). Because he may be able to cure the deficiencies in his pleading, the Court granted Plaintiff leave to file a second amended complaint. (*Id.* at 9). The order reminded Plaintiff of his obligation "to submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or pay the $405.00 filing fee by April 20, 2025. (*Id.* at 8) (*see id.*) ("as the Court previously admonished Plaintiff, "**[n]o requests for extension will be granted without a showing of good cause**.") (emphasis in original).

On April 4, 2025, Plaintiff filed an exhibit of documents that includes the first, informational page of the Court's IFP application but not the two additional pages that require the application to answer certain questions and prompts and to affix the applicant's signature. (Doc. 16 at 2). Illegible handwriting appears throughout the face of the document and does not indicate whether Plaintiff intended to submit a complete IFP application. On April 7, 2025, Plaintiff filed another set of documents that includes a CDCR inmate statement report dated April 2, 2024, and shows Plaintiff had an available balance of "$0.05" at that time. (Doc. 17 at 3).

Based on the information represented in Plaintiff's filings, the Court construes the filings as a deficient application to proceed *in forma pauperis* pursuant to § 1915 as they do not inform the Court whether Plaintiff currently receives or earns any income or has any assets and the required form is not signed and dated. *See* (Doc. 9-1) ("This form must be dated and signed below for the court to consider your application."). Accordingly, Plaintiff has failed to either submit a proper application to proceed *in forma pauperis* or pay the $405.00 filing fee, and the time to do so has now passed.

///

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause in writing **within 14 days** of the date of service of this order why sanctions should not be imposed for his failure to comply with the Court's order and the Local Rules, as set forth herein. Alternatively, Plaintiff may comply with this order by filing by that same deadline either a completed and signed application to proceed *in forma pauperis* (attached hereto) pursuant to 28 U.S.C. § 1915 or pay the $405.00 filing fee.

Further, the Clerk of the Court is DIRECTED to attach an IFP application to this order (*see* Doc. 9-1).

**Any failure by Plaintiff to timely comply with this order will result in the recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to obey a court order and for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **April 28, 2025**

_____
UNITED STATES MAGISTRATE JUDGE