UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>        Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>        Defendants. | Case No.: 1:25-cv-00276-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS AND LOCAL RULES<br><br>Doc. 22 |

      Plaintiff Cottrell L. Broadnax is a state prisoner proceeding pro se pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

      On April 28, 2025, the assigned magistrate judge issued an order for plaintiff to show cause in writing "why sanctions should not be imposed for his failure to comply with the Court's order and the Local Rules[.]" Doc. 19 at 3. In the show cause order, the magistrate judge noted that plaintiff was previously admonished twice to file an application to proceed in forma pauperis or to pay the filing fee—first, on March 5, 2025, when he was ordered to either file a completed application or pay the filing fee within 45 days, Doc. 9, and again on April 3, 2025, when the Court issued its second screening order and reminded plaintiff to comply with the Court's order, Doc. 15 at 8. Doc. 19 at 1, 2. The magistrate judge further noted plaintiff filed a deficient application to

1  proceed in forma pauperis on April 4, 2025, Doc. 16, and therefore, he failed to either submit a
2  proper application to proceed in forma pauperis or pay the filing fee. *Id.* at 2. Plaintiff was directed
3  to comply with the show cause order either by filing within fourteen (14) days of the order a
4  completed and signed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or by
5  paying the $405.00 filing fee. *Id.* at 3. Plaintiff was forewarned that "[a]ny failure … to timely
6  comply with this order will result in the recommendation that this action be dismissed, without
7  prejudice, for [p]laintiff's failure to obey a court order and for failure to prosecute." *Id.* (emphasis
8  in original).

9  After plaintiff failed to file a response to the show cause order and failed to either file a
10 completed and signed application to proceed in forma pauperis or to pay the filing fee, the assigned
11 magistrate judge issued findings and recommendations on May 21, 2025 to dismiss this action
12 without prejudice for failure to prosecute and failure to comply with a court order and the Local
13 Rules. Doc. 22. The Court served the findings and recommendations on plaintiff and notified him
14 that any objections were due within 14 days. *Id.* at 5. On May 29, 2025, plaintiff made a filing
15 that includes mostly unintelligible handwriting and a copy of an inmate statement report dated
16 May 13, 2025. Doc. 23. The filing does not appear to raise any objections, does not purport to be
17 a completed and signed application to proceed in forma pauperis, and is otherwise unresponsive to
18 the findings and recommendations.

19 In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this
20 case. Having carefully reviewed the matter, the Court concludes the findings and recommendations
21 are supported by the record and proper analysis.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on May 21, 2025, Doc. 22, are ADOPTED in full;

2. This action is DISMISSED without prejudice for plaintiff's failure to prosecute and failure to obey court orders and the Local Rules; and

3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   June 19, 2025

UNITED STATES DISTRICT JUDGE

3